IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATEO DEMATEOJUAN,<br><br>               Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>               Respondent. | **8:23CV184**<br><br>**ORDER** |

This matter is before the Court for case management. Petitioner was ordered to file and serve a brief in opposition to the Respondent's Motion for Summary Judgment, Filing No. 11. *See* Filing No. 5. Petitioner's brief was due on July 24, 2024, and has not been filed with the Court. Accordingly,

IT IS ORDERED that:

    1.    Petitioner shall file his brief in response to the Respondent's Answer and Brief on or before **August 28, 2024**. Otherwise, the matter will be ripe for consideration.

    2.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **August 28, 2024**: check for Petitioner's brief.

Dated this 29th day of July, 2024.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge